# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1118 | **DATE** | 3/5/08 |
| **CASE TITLE** |  | Nosek v. NCO Financial Systems, Inc. | |

**DOCKET ENTRY TEXT:**

Status hearing set for 4/23/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Case 1:08-cv-01118   Document 5   Filed 03/05/2008   Page 1 of 1

Page 1 of 1