U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 1118
Judy Nosek

-vs-

NCO Financial Systems, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
NCO FINANCIAL SYSTEMS, INC.

| NAME (Type or print) |  |
| --- | --- |
| David Israel |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ David Israel | |
| FIRM | |
| Sessions, Fishman, Nathan & Israel, LLP | |
| STREET ADDRESS | |
| Lakeway Two, Suite 200, 3850 North Causeway Bolevard | |
| CITY/STATE/ZIP | |
| Metairie, LA  70002-7227 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 90785267 | (504) 582-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ✓     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐    NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |