**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Judy Nosek | Case No. 08 C 1118 |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| NCO Financial Systems, Inc, | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives Notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard J. Meier*
　　Richard J. Meier
　　The Sears Tower
　　Suite 5150
　　Chicago, IL 60606
　　Telephone: 1.866.339.1156
　　rjm@legalhelpers.com
　　*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 25, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*